# First District Court of Appeal
## State of Florida

_____

No. 1D22-0655
_____

K.M.W.,

Petitioner,

v.

Florida Department of
Agriculture and Consumer
Services, an agency of the State
of Florida,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 9, 2022

Per Curiam.

Dismissed.

Lewis, Makar, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Eric J. Friday of Kingry & Friday, PLLC, Jacksonville, for Petitioner.

Tobey Schultz, Senior Attorney, Department of Agriculture and Consumer Services, Tallahassee, for Respondent.